# Exhibit A

| storename | email |
|---|---|
| A17U3JZ47T8BGI | ly13734976059@163.com |
| A19F9WM4BVVAR8 | luant911933@163.com |
| A2GM5HCOCXV76V | 18857470939@163.com |
| A2Y41OGQ6MDMYP | xgxin1120@163.com |
| A6S0SK92YPBF6 | mahao1825@163.com |
| ACURE SPORTS | sharewins@163.com |
| ALLSENTIK-US | wf_xp@163.com |
| ALSUZYIOT | 674405125@qq.com |
| amzannam | dongbin1980@outlook.com |
| AMZ-FMY | amz-fmy@hotmail.com |
| anqinglibing | bipoxi71015@163.com |
| anxichenyan | vsoyp8016cuxc2@163.com |
| ASZ1XYROJYEK5 | woshishi173496@163.com |
| ATTCL-USA | 358209960@qq.com |
| Beswarmy-US | lichunhua@beswarmy.com |
| Bhigh | bhigheyewear@outlook.com |
| Biboli | spring_chen2020@126.com |
| BOLLFO Direct | gxx13760154421@163.com |
| BOWILL STORE | ymz13760384398@163.com |
| BoxtoHeart | willionwu2017@gmail.com |
| chengduzhifeiroudianzishangwuyouxiangongsi | weifi1790@163.com |
| chenshuangdedian | chenshuangymx@163.com |
| CHNLML | zhongfei52442vpm@163.com |
| CTOSTM | hm13823768441@outlook.com |
| damai1234 | huanhuan202110@163.com |
| dengguangyishop | dengguangyi888@163.com |

| | |
|---|---|
| Douide | 16620843241@163.com |
| DUXAA-US | c100787@outlook.com |
| ECAVUIPOM US | qq572013@163.com |
| EternalCrystal | cuixin0213@outlook.com |
| fadflw shop | mang763992@163.com |
| fei mao lv | sd1869779@163.com |
| FireRabbit | jokerson@126.com |
| FJOAIAN | love1314love12138@163.com |
| Fownostore | zhuoxi183617@163.com |
| G2RISE | eeehey@163.com |
| Glei5789 | guolei5789@163.com |
| good deal 8888 | 775693677@qq.com |
| guangzhoufenglongmaoyiyouxiangongsi | oqkoa44646428@163.com |
| guangzhoushuangnieshangmaoyouxiangongsi | yuezhejiu@163.com |
| gulanmin | suchunming730@163.com |
| haikoushangweidianzishangwuyouxiangongsi | gan823zuyao@outlook.com |
| HandReedDirect | zhaoquan1231@outlook.com |
| hefeinuojixiqueshangmao | ivzea78082577@163.com |
| huangjianxiong1 | huanjianxiong1@163.com |
| Hzpohyz | kuajugs@outlook.com |
| IGHome | fz168dzsw@hotmail.com |
| i-Gof | yanjing2dian@126.com |
| IKTOD | 465901285@qq.com |
| ITSCOOL | toolsworld@126.com |
| Jdzeyukk US (7-14 Days Delivery) | amzylyc@163.com |
| JIASHUXIA | huyin1014@sina.com |
| JiegoVision | jiegovision@163.com |
| jingtu sports | oulaiqi_seller_us@163.com |

| | |
|---|---|
| jiujiangqianglitangshangmaoyouxian | yudao2477ik@126.com |
| JUNDINGYUN | xuejieus@163.com |
| Karsaer Vision | 2245239923@qq.com |
| KOVDICA.US.Store | 3062713299@qq.com |
| Laurinny | 550976854@qq.com |
| lhui-com | lhl20230509@163.com |
| Licputalch | jiangxiongxiongbfgh@outlook.com |
| linyishiqianqizhuangshangmaoyouxiangongsi | qizhuang1214@163.com |
| Liukuong | ldjkuong@163.com |
| Lm kuong | luokuong@163.com |
| luwanlin-ShippedfromUSA | fd564er854ere@163.com |
| Madonmay | 15961596@qq.com |
| MALIDAK-US | shishangoptics@163.com |
| MARIDA-US | maridauk@163.com |
| mcgreen | 1399739741@qq.com |
| Mgiesg-US | bettyleosoon@outlook.com |
| MINGKE-US | mingke2021us@163.com |
| Naishi | naishi2022@126.com |
| nanchanghoujiashangmaoyouxiangongsi869 | dixiaz26682@163.com |
| NICBOOY-US | nicbooysports@163.com |
| Novoto USA | wuliu15779211672@163.com |
| NUBYGXAS-US | sdf654sd6524sd@163.com |